UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. MITCHELL D. DEMBIN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JULIAN RODOLFO SALGADO,<br><br>  Defendant | Case No.: 20CR1393-LAB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO MODIFY CONDITIONS OF RELEASE (MOTION FILED UNDER SEAL)** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the bail conditions be modified as follows: The defendant may travel to, but not reside in, Tijuana, Mexico with prior approval of Pretrial Services. Defendant must reside in the United States of America. Defendant may be placed in a contract facility if necessary. All other conditions previously set remain in effect.

/ / /

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO MODIFY CONDITIONS OF RELEASE (MOTION FILED UNDER SEAL) - 1

**IT IS FURTHER ORDERED** that the Motion to Modify Bond Conditions be filed under seal due to the personal nature of the information contained therein.

Dated: 11/18/2020

**HON. MITCHELL D. DEMBIN**
**U.S. MAGISTRAGE JUDGE**

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO MODIFY CONDITIONS OF RELEASE (MOTION FILED UNDER SEAL) - 2